1 ANDRÉ BIROTTE JR.
United States Attorney
2 ROBERT E. DUGDALE
Assistant United States Attorney
3 Chief, Criminal Division
STEVEN R. WELK
4 Assistant United States Attorney
Chief, Asset Forfeiture Section
5 MICHELE C. MARCHAND
Assistant United States Attorney
6 California Bar No. 93390
Asset Forfeiture Section
7     U.S. Courthouse, 14th Floor
    312 North Spring Street
8     Los Angeles, California 90012
    Telephone: (213)894-2727
9     Facsimile: (213)894-7177
    E-Mail: Michele.Marchand@usdoj.gov

Attorneys for Plaintiff
United States of America

**FILED: 5/17/11**

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>$33,905.00 IN U.S. CURRENCY,<br><br>      Defendant.<br>_____<br>ELIOT DAMONE FRANKS,<br><br>      Claimant. | NO. CV 10-7174-GHK(VBKx)<br><br>[~~Proposed~~]<br>**CONSENT JUDGMENT OF FORFEITURE** |

Plaintiff United States of America ("plaintiff") initiated this action by filing a Verified Complaint for Forfeiture ("Complaint") on September 24, 2010. Notice was given and published in accordance with law. Eliot Damone Franks ("claimant") filed timely a claim and answer. No other claims or

answers have been filed, and the time for filing claims and answers has expired.

Plaintiff and claimant have reached an agreement that is dispositive of this action. Plaintiff and claimant hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant $33,905.00 in U.S. currency ("defendant currency") other than claimant are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to the defendant $33,905.00 in U.S. currency and all interest earned thereon. No other person or entity shall have any right, title or interest in the forfeited currency. The United States Marshals Service is ordered to dispose of the forfeited currency in accordance with law.

4. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Federal Bureau of Investigation, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of

claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

5. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: ___5/16___, 2011

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

| | |
|---|---|
| DATED: April ____, 2011 | ANDRÉ BIROTTE JR.<br>United States Attorney<br>ROBERT E. DUGDALE<br>Assistant United States Attorney<br>Chief, Criminal Division<br>STEVEN R. WELK<br>Assistant United States Attorney<br>Chief, Asset Forfeiture Section |
| | _____<br>MICHELE C. MARCHAND<br>Assistant United States Attorney<br><br>Attorneys for Plaintiff<br>United States of America |
| DATED: April ____, 2011 | LAW OFFICES OF WILLIAM S. PITMAN<br><br>_____<br>WILLIAM S. PITMAN<br><br>Attorney for Claimant<br>Eliot Damone Franks |
| DATED: April ____, 2011 | _____<br>ELIOT DAMONE FRANKS, Claimant |

3